# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ALEXANDER E. HERGAN, | ) Case Number: 18-22283 |
| | ) |
| Debtor. | ) Hon. A. Benjamin Goldgar |
| | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT, Glenna Mo ("*Ms. Mo*"), a creditor of Alexander E. Hergan (the "*Debtor*"), by and through her undersigned counsel, hereby withdraws Docket Number 106 titled *Motion to Have Hearing on the Motion to Dismiss Case and Approval of Shortened Notice Moved to Chicago* that was filed on January 18, 2019 in the above-captioned bankruptcy case.

Dated:  January 29, 2019          **GLENNA MO**

By:  /s/ Devon J. Eggert
     One of Her Attorneys

Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
deggert@freeborn.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALEXANDER E. HERGAN, | ) | Case Number: 18-22283 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

**CERTIFICATE OF SERVICE**

      I, Devon J. Eggert, an attorney, hereby certify that on January 29, 2019, I caused a true and correct copy of the foregoing *Notice of Withdrawal* to be filed with the Court and served upon the following parties by the manner listed.

                                        /s/ Devon J. Eggert

**CM/ECF Service List**

| | |
|---|---|
| Scott R. Clar | sclar@cranesimon.com |
| Timothy C. Culbertson | tcculb@yahoo.com |
| Denise A. Delaurent | USTPRegion11.es.ecf@usdoj.gov |
| Ilene F. Goldstein | ifgolds@aol.com |
| Ilene F. Goldstein | ifgcourt@aol.com |
| Frederic Goodwill | fgoodwill@fcg2law.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Michael D. Lee | mlee@howardandhoward.com |
| Harold M. Saalfeld | hmsnotices@gmail.com |